Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Christopher M DeSimone |
| Debtor 2 (Spouse, if filing) | Christine DeSimone |
| United States Bankruptcy Court for the: | Baltimore     District of Maryland (State) |
| Case number | 13-28345-DER |

Form 4100R

## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 4 5

**Property address:** 1330 Fishing Creek Road
Number      Street

Annapolis, Maryland  21403
City                State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 14,196.56

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c. **Total**. Add lines a and b.   (c) $ 14,196.56

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 11/1/2018 MM/DD/YYYY

Form 4100R     **Response to Notice of Final Cure Payment**     page **1**

Debtor 1    Christopher M DeSimone      Case number (*if known*) 13-28345-DER
     First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Joshua Welborn, Esquire      Date 08 / 14 / 2019
Signature

Print: Joshua Welborn, Esq.      Title: Attorney for creditor
   First Name    Middle Name    Last Name

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 312 Marshall Ave, Suite 800
   Number    Street

Laurel, MD 20707
City    State    ZIP Code

Contact phone (301) 490 – 3361      Email: bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II
300 E. Joppa Road
Suite 409
Towson, MD  21286

Diana L. Klein
Klein & Associates, LLC
2450 Riva Road
Annapolis, MD  21401

I hereby further certify that on the 14th day of August, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Christopher M DeSimone
1330 Fishing Creek Road
Annapolis, MD  21403
(Via U.S Mail)

  and

Christine DeSimone
1330 Fishing Creek Road
Annapolis, MD  21403
(Via U.S Mail)

                                          */s/ Joshua Welborn, Esq.*
                                          Joshua Welborn, Esq.